JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUIS ALBERTO MIJANGOS and GEORGE LOUIS MONTALVAN,

Defendants.

No. 2:25-CV-02327-DSF-AGR

JUDGMENT AND ORDER OF INJUNCTION AGAINST DEFENDANT GEORGE LOUIS MONTALVAN

The Court, having considered the Stipulation for Entry of Judgment and Injunction Against Defendant George Louis Montalvan entered into by Plaintiff United States of America ("United States") and defendant George Louis Montalvan ("Montalvan") (and collectively "the parties"), and good cause being shown, the Court finds:

1.     The Stipulation is APPROVED.

2.     The Court has subject-matter jurisdiction over this action and personal jurisdiction over Montalvan.

3.     Montalvan has waived the entry of findings of fact and conclusions of law pursuant to Rules 52 and 65 of the Federal Rules of Civil Procedure, consents to the entry of this permanent injunction, and agrees to be bound by its terms.

4.     This permanent injunction is entered under Fed. R. Civ. P. 65 and will result in the entry, without further notice, of a final judgment against Montalvan in this matter.

1

5. The parties waive their right to appeal from this permanent injunction.

6. The parties will bear their owns costs, including any attorneys' fees or other expenses of this litigation.

7. The Court will retain jurisdiction over this matter for the purpose of implementing and enforcing the order of injunction.

8. If Montalvan or any person employed, contracted, or acting in concert with him violate the injunction, they may be subject to civil and criminal sanctions for contempt of court.

9. In addition to the specific directives in the injunction, Montalvan must preserve all pertinent documents in his possession, including tax returns, information returns, correspondence, working papers, or any other documents connected to his tax-preparation activities, whether stored electronically or on paper, as required by the Internal Revenue Code.

10. The United States is entitled to conduct full post-judgment discovery to monitor Montalvan's compliance with this injunction.

11. The injunction, if entered, will resolve this civil action only against Montalvan and will not preclude the government from pursuing any other current or future civil or criminal matters or proceedings.

The Court therefore **ORDERS and DECREES** that:

12. Pursuant to 26 U.S.C. §§ 7402, 7407, and 7408, Montalvan and anyone in active concert or participation with him are **ENJOINED AND RESTRAINED for a period of five (5) years from the date of entry of the injunction**, directly or indirectly, or by use of any means or instrumentality, from:

    A. Acting as a federal tax return preparer or requesting, assisting in, or directing the preparation or filing of a federal tax return for any person or entity other than Montalvan;

    B. Representing in any capacity any person or organization whose tax liabilities are under IRS examination or investigation;

C.    Owning, managing, controlling, working for, profiting from, or volunteering for any business, entity, or organization engaged in tax-return preparation or filing;

D.    Using, maintaining, renewing, obtaining, transferring, selling, or assigning any preparer tax identification number ("PTIN") or electronic filing identification number ("EFIN");

E.    Engaging in any activity subject to penalty under 26 U.S.C. §§ 6694, 6695, 6700, or 6701, including preparing or assisting in the preparation of a document relating to a matter material to the internal revenue laws that includes a position that Montalvan knows would result in the understatement of another person's tax liability;

F.    Engaging in any other conduct that is subject to penalty under the Internal Revenue Code or that interferes with the proper administration and enforcement of the internal revenue laws; and

G.    Obtaining, using, or retaining any other person's Social Security number, EFIN, PTIN, or any other federal tax identification number or federal tax return information.

13.    After the five-year period referenced in paragraph 12 concludes, Montalvan is **PERMANENTLY ENJOINED** as follows:

A.    Montalvan shall refrain from soliciting or accepting any tax-related advice from, or consultation with, Luis Alberto Mijangos and from sharing office space or clerical personnel with Mijangos.

B.    Montalvan shall take care to safeguard any PTIN or EFIN issued by the Internal Revenue Service to him to ensure no other person prepares or files a tax return using his EFIN or PTIN.

14.    The Court retains jurisdiction over this action for purposes of implementing and enforcing this injunction and any additional orders necessary and appropriate to the public interest.

15.     As judgment has now been entered as to all claims in this action, the Clerk may administratively close this case.

**IT IS SO ORDERED.**

Dated: May 21, 2026

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE